Opinion by EKWALL, J. It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry.

**No. 55473.**—Lian Bros. v. United States, protest 130338–K/12911 (New Orleans).

Opinion by EKWALL, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currency involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currency of the invoices covered by certain enumerated entries should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.

**No. 55474.**—F. H. Paul & Stein Bros. et al. v. United States, protests 135565–K (S), etc. (New York).

Opinion by EKWALL, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currency involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currency of the invoices covered by certain enumerated entries should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.

APRIL 18, 1951

**No. 55475.**—SUIT 4639.—United States v. Benziger Bros., Inc.—

—C. D. 1202 reversed February 27, 1951. C. A. D. 449.

BEFORE THE SECOND DIVISION, APRIL 23, 1951

**No. 55476.**—F. E. Macartney v. United States, petition 6700–R (Duluth).

LAWRENCE, Judge: This petition was filed pursuant to section 489, Tariff Act of 1930 (19 U. S. C. § 1489), for remission of additional duties imposed by the collector of customs at the port of Duluth, Minn. (Ranier, Minn.), on a carload of